UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARADISE MORGAN,

                Plaintiff,

-v-

VITAL PLAN, INC.,

                Defendant.

23-CV-5397 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Counsel for Defendant appeared on September 29, 2023. However, no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by December 14, 2023, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: November 30, 2023
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge