UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PARADISE MORGAN, Individually and as the
representative of a class of similarly situated persons,

                                                                             Case No. 23-cv-5397 (JPO) (KHP)

                                 Plaintiff,

            - against -

VITAL PLAN, INC.,

                                Defendant.
-----------------------------------------------------------X

## PROPOSED JUDGMENT

      WHEREAS, Plaintiff, Paradise Morgan, commenced the above-captioned action against Vital Plan, Inc. on June 26, 2023 by filing a Summons and Complaint, alleging that Defendant failed to design, construct, maintain and operate its website, www.vitalplan.com, (the "Website") to be fully accessible to and independently usable by Plaintiff and other blind or visually-impaired persons and denying blind and visually-impaired persons throughout the United States with equal access to the goods and services Defendant provides to its non-disabled customers through the Website in violation of the Americans with Disabilities Act and alleges that Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.*, N.Y. Exec. Law § 296, *et seq.*, and N.Y.C. Administrative Code § 8-107, *et seq.*, and the laws of New York; and

      WHEREAS, Defendant served Plaintiff's counsel with an Offer of Judgment dated January 8, 2024; and

WHEREAS, Plaintiff has elected to accept the Offer of Judgment and has served upon counsel for Defendant and filed with the Court a Notice of Acceptance of Offer of Judgment dated January 17, 2024, it is

ORDERED, ADJUDGED AND DECREED, that the Plaintiff have judgment against the defendant in the liquidated amount of $1,000 with interest at 9% from June 26, 2023 amounting to $_____ plus reasonable attorneys' fees plus costs and disbursements of this action in an amount to be determined by the court, after notice and hearing amounting in all to $_____; and it is further

ORDERED, ADJUDGED AND DECREED, that Defendant shall provide the injunctive relief set forth in paragraphs (a) and (b) of the Offer of Judgment within ___ months from the date of this Judgment.

Dated: New York, New York

_____

_____
U.S.D.J.

This document was entered on the docket
On _____.